# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| IN RE KRISHNAN | ) | Appeal No. 2014-1649 |
| | ) | Serial No. 11/610,411 |
| _____ | ) | |

## USPTO'S UNOPPOSED MOTION FOR REMAND

Appellee, the Director of the United States Patent and Trademark Office (USPTO), respectfully moves to remand this case to the USPTO to permit further proceedings before the agency. Counsel for the USPTO contacted counsel for Appellants, and counsel for Appellants indicated that Appellants do not oppose the motion. Appellants have not yet filed their opening brief.

This is an appeal from the rejection of claims 15-20 in Appellants' patent application, in which each of the rejected claims requires "a processing unit . . . configured to" perform a number of steps. The claims were rejected as obvious over a combination of prior art references. In affirming the Examiner's rejection, the Board found that the claim language "configured to" is nonfunctional claim language that is not entitled to any patentable weight. The Board further found that, at best, the claim language "configured to" is a statement of intended use that merely indicates the capability or intent to perform an action. Neither the Examiner nor the Appellants viewed the claim language in this way.

Upon reviewing this case, the Director believes it is in the best interest of the parties and this Court to remand the case back to the Board to reconsider the pending claims in light of existing USPTO examination policy on the meaning of "configured to," which the Board may have not fully appreciated at the time it rendered its decision. Appellants agree. A remand to permit further proceedings in the USPTO at this juncture would also prevent the Court, the Appellants, and the USPTO from needlessly expending additional resources. *See, e.g., In re Gould*, 673 F.2d 1385, 1387 (CCPA 1982) (after the Commissioner informed the Court that the USPTO would enter a new rejection of the sole claim on appeal, the Court remanded the case for judicial economy reasons and in order to not delay the ultimate disposition of the case). Finally, since this motion, "if granted, would terminate the appeal, the time to serve and file the next brief due is suspended." *See* Fed. Cir. R. 31(c).

## CONCLUSION

Accordingly, the USPTO respectfully requests this Court to remand this appeal to the Board to permit further proceedings.

August 25, 2014                               Respectfully submitted,

/s/ Michael S. Forman
NATHAN K. KELLEY
Solicitor
THOMAS W. KRAUSE
Deputy Solicitor
MICHAEL S. FORMAN
Associate Solicitor
Mail Stop 8
P.O. Box 1450
Alexandria, VA  22313-1450
(571) 272-9035

*Attorneys for the Director*
 *of the United States Patent and*
 *Trademark Office*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| **IN RE KRISHNAN** | ) | Appeal No. 2014-1649 |
| | ) | Serial No. 11/610,411 |
| _____ | ) | |

## **ORDER**

Upon consideration of the USPTO'S UNOPPOSED MOTION FOR REMAND, it is

ORDERED that the motion is <u>granted</u>, and it is

FURTHER ORDERED that this appeal is <u>remanded</u>.

                                          FOR THE COURT

Date:_____                    _____
                                          ADMIRAL DANIEL E. O'TOOLE
                                          Clerk
                                          *United States Court of Appeals*
                                           *for the Federal Circuit*

cc:    Nathan K. Kelley
        Mail Stop 8
        P.O. Box 1450
        Alexandria, VA  22313-1450
        (571) 272-9035

        Jerry R. Selinger
        Patterson & Sheridan, L.L.P.
        1700 Pacific Avenue, Suite 2650
        Dallas, TX 75201

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2014, the foregoing USPTO'S UNOPPOSED MOTION FOR REMAND, and proposed ORDER was filed using the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

/s/ Michael S. Forman
MICHAEL S. FORMAN
Associate Solicitor
Mail Stop 8
P.O. Box 1450
Alexandria, VA  22313-1450
(571) 272-9035